PER CURIAM.
Petitioner Matthew Marshall has filed a petition for writ of habeas corpus, challenging the constitutionality of his death sentence, which was based upon a judicial override. See Marshall v. State, 604 So.2d 799, 802 (Fla. 1992). We have jurisdiction. See art. V, § 3(b)(9), Fla. Const. Because Marshall’s sentence became final before Ring v. Arizona, 536 U.S. 584, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002), was decided, he is not entitled to relief. See Asay v. State, 210 So.3d 1 (Fla. 2016). Accordingly, we deny the petition.
It is so ordered.
LEWIS, QUINCE, POLSTON, and LAWSON, JJ., concur,
CANADY, J., concurs in result.
LABARGA, C.J., dissents with an opinion, in which PARIENTE, J., concurs.